# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-109-KDB-DCK

| | |
|---|---|
| URGENT CARE OF MOUNTAIN VIEW, PLLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| INTERMEDIX CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Harold C. Spears, concerning Scott S. Gallagher on September 18, 2019. Scott S. Gallagher seeks to appear as counsel *pro hac vice* for Defendant Intermedix Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Scott S. Gallagher is hereby admitted *pro hac vice* to represent Defendant Intermedix Corporation.

**SO ORDERED**.

Signed: September 18, 2019

David C. Keesler
United States Magistrate Judge